## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MERRILL, LYNCH, PIERCE, FENNER & SMITH
INCORPORATED,

                    Plaintiff,

-vs-                                    Case No.  2:11-cv-564-FtM-36SPC

MARY ELLEN PINK, et al.,

                    Defendants.
_____/

### ORDER

      This matter comes before the Court on review of the file.  Plaintiff filed its Complaint for Declaratory Relief and Interpleader (Doc. #1) on October 3, 2011.  The Court notes that the Complaint, as well as its attachments, include the full name of a minor.  This is in violation of the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, which requires that a minor's initials be used in all filings.  Therefore, the Court will direct the Clerk to remove the filing and for Plaintiff to refile the materials redacted and/or with the minor's initials instead of the full name.

      Accordingly, it is now

**ORDERED:**

      (1)    Plaintiff's Complaint for Declaratory Relief and Interpleader (Doc. #1) is hereby **STRICKEN**, as it violates this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases.  The Clerk of Court is directed to remove Doc. #1 and its Exhibits from the CM/ECF system.

(2)    Plaintiff is directed to refile in CM/ECF the materials redacted and/or with the minor's initials instead of the full name in compliance with this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases on or before **October 14, 2011**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record